FILED
September 07, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002909299

2 pages
LAW OFFICE OF DENNIS K. COWAN
Dennis K. Cowan - Bar No. 036325
David M. Brady - Bar No. 70246
P.O. Box 992090
Redding CA 96099-2090
Phone: (530) 221-7300
Fax: (530)221-7389
Email: dcowan@dcowanlaw.com
dbrady@dcowanlaw.com

Attorney for debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re                                    Case No. 10-32269-A-7

JANE SHEA                                DCN: DMB-1

         Debtor.            Date: October 21, 2010
                                         Time: 9:00 AM
                                         Judge: Michael S. McManus
                                         Dept.: A
                                         Ctrm: 28, 7th Floor, 501 I Street
                                         Sacramento, CA

_____/       MOTION FOR ORDER TO
                                         AVOID LIEN OF ROGER W.
                                         HOWELL

    Jane Shea, the debtor herein, moves this court for an order avoiding and declaring void and canceling the following judgment lien which impairs the debtors' homestead exemption in her residential real property located at 2 Enterprise Court, Red Bluff, California, County of Tehama, described herein:

    An Abstract of Judgment filed by Roger W. Howell, in the amount of $183,512.63, Tehama County Superior Court Case no:14242, judgment entered September 15, 2009, recorded October 22, 2009, Instrument no. 2009014125, of Tehama County Official Records.

1

Said motion is made upon the grounds that the judicial lien impairs an exemption to which the debtors are entitled under 11 U.S.C. §522(b), to wit: the exemption of debtor's interest in residential real property contained in a trust more particularly described in **Exhibit A**.

Said motion is based upon this motion, notice and declaration and exhibits filed and served herewith, all of the records, pleading and papers in the file and such other and further evidence as may be received by the court.

Dated: _____          _____
                                         David M. Brady, Attorney for Debtor