Pages: 2

Fredrick E. Clement
Attorney at Law
1300 West Street, Suite C
Redding, CA 96001
(530) 229-3900
Email: fredrick@fredrickclementlaw.com
State Bar No. 132520

Attorney for Creditor Roger W. Howell

FILED
September 28, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002957858

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>Jane Shea,<br><br>Debtor(s). | Case No. 10-32269<br><br>DCN: FEC-1<br><br>Date: November 1, 2010<br>Time: 9:00 a.m.<br>Loc.: Courtroom 28, Dept. A<br>501 I Street, 7th Floor<br>Sacramento, CA 95814<br>Judge: Michael McManus |

**Declaration of Fredrick E. Clement in Support of
Objection to Claim of Homestead Exemption
[11 U.S.C. 522; FRBP 4003, 9014; LBR 9014-1(f)(1)]**

I, Fredrick E. Clement, declare:

1. **Personal knowledge.**

   Except as to those matters stated on information and belief, I have personal knowledge of the facts contained herein and, if called upon, could competently testify thereto.

2. **Qualifications.**

   I am a Certified Specialist, Bankruptcy Law, The State Bar of California Board of Legal Specialization. Since admission to the bar in 1987, I have made the practice of law my full time occupation. Before that I graduated with honors from Westmont College (B.A. 1982) and from the University of California, Hastings College of Law (J.D. 1987).

3. **Schedule C.**

   On September 18, 2010, I viewed the Clerk's file on PACER in In re Shea (E.D. Cal. Case No. 10-32269). A true and correct copy of Schedule C filed therein is filed herewith as Exhibit D and is incorporated herein by reference.

4. **Conclusion of Meeting of Creditors.**

   Based on my review of the Clerk's records on PACER I am informed and believe and thereon allege that the Chapter 7 trustee concluded the Meeting of Creditors on September 12, 2010, and hence this objection is timely.

   I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Dated: September 28, 2010

_____
Fredrick E. Clement